**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.217.228.163**

**ISP:** AT&T Internet Services
**Physical Location:** Naperville, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/22/2018 19:29:36 | 2A3640EDC219B2A6B0EDCAAEBDF511B050423CB5 | Three is NOT a Crowd |
| 09/09/2017 14:10:26 | 980B4FD30EA5274083D8465D794408EE6C33E3CF | I Cook Naked |
| 09/02/2017 14:19:47 | 275FDF6B11A2E9BB6311ED7CE2CD69EF7536AE24 | Hippie Chicks |
| 02/12/2017 20:30:38 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 09/24/2016 19:37:07 | 87B8A959C3C92D58BB59F19E52ADF926CE0DBAC6 | Kiss From A Rose |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

NIL987