# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

                    Plaintiff,

v.                                         Case No.: 1:19−cv−01958
                                                      Honorable Jorge L. Alonso

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

        MINUTE entry before the Honorable Jorge L. Alonso: The Court previously allowed plaintiff's counsel to proceed with expedited discovery and issue subpoena(s) to determine the identity of the Doe defendant [9]. In the meantime, plaintiff's Doe complaint is dismissed without prejudice to the filing of a proper amended complaint which expressly names the defendant. All discovery and third party subpoenas must be complied with even though the pending complaint is dismissed without prejudice. This case is dismissed for administrative purposes. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.