UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 76.217.228.163, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Case No. 1:19-cv-01958 <br><br> Judge Alonso |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 76.217.228.163. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 18, 2019       Respectfully submitted,

                                              By:   <u>/s/ *Mary K. Schulz*</u>
                                                       Mary K. Schulz, Esq.
                                                       1144 E. State Street, Suite A260
                                                       Geneva, IL 60134
                                                       Tel: (312) 213-7196
                                                       Email: medialitigationfirm@gmail.com
                                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Mary K. Schulz*